UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILIP DOMINGUEZ,                                            JUDGMENT
                                                             12-CV- 0231 (CBA)
                     Plaintiff,

   -against-

WILLIAM R. MILLER, LONG ISLAND
RAILROAD COMPANY, M.D. CHIRILLO,
D.J. HORRELL, MICHAEL BARTO, RICHARD
KRASON, GEORGE FARRELL, ARTHUR
MARATEA, MICHAEL MCDERMOTT, SCOTT
PETRAGLIA, and MARILYN KUSTOFF,

                    Defendants.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on February 26, 2013, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated January 18, 2013; and dismissing the amended complaint as to all defendants; it is

       ORDERED and ADJUDGED that the amended complaint is dismissed .

Dated: Brooklyn, New York                        Douglas C. Palmer
       February 27, 2013                          Clerk of Court

                                       by:   /s/ *Michele Gapinski*
                                               Michele Gapinski
                                               Chief Deputy for
                                               Court Operations